IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK THOMPSON,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**D.K. SISTO, Warden,**<br><br>　　　　　　　　　　　　Respondent. | 2:07-cv-02577-WBS-JFM<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER** |

FOR GOOD CAUSE SHOWN, Respondent is granted an extension of time, up to and including April 23, 2008, within which to file the Answer. Petitioner's traverse, if any, shall be filed thirty days thereafter.

DATED: March 26, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ John F. Moulds
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/thom2577.eot

[Proposed] Order