UNITED STATES FEDERAL COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRANK THOMPSON**, | 2:07-cv-02577-WBS-JFM |
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| **D.K. SISTO, Warden** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, petitioner's May 20, 2008 request for extension of time is granted; petitioner is granted an extension of time, up to and including July 21, 2008, within which to file the Traverse.

DATED: May 28, 2008.

UNITED STATES MAGISTRATE JUDGE

thomp2577.eot

Order